# Exhibit 2

**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

DOCKET NO._____                                    DIVISION "____"

**THE PARISH OF JEFFERSON**

**VERSUS**

**EQUITABLE PETROLEUM CORPORATION, EXXON MOBIL CORPORATION, GRAHAM EXPLORATION, LTD., THE LOUISIANA LAND AND EXPLORATION COMPANY LLC (MARYLAND), BEPCO, L.P., CHEVRON U.S.A HOLDINGS INC., CHEVRON U.S.A. INC., VINTAGE PETROLEUM, LLC, BABY OIL, INC, SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, THE TEXAS COMPANY, AND CHEVRON PIPE LINE COMPANY**

FILED: _____          _____
                                                        **DEPUTY CLERK**

---

**PETITION FOR DAMAGES**
**TO THE**
**JEFFERSON PARISH COASTAL ZONE**

NOW INTO COURT come plaintiffs, through undersigned counsel, to allege the following:

**PARTIES PLAINTIFF AND DEFENDANT**

**1.**

The Plaintiffs are: (1) the PARISH OF JEFFERSON, and (2) the State of Louisiana *ex rel.* PARISH OF JEFFERSON. The Parish of Jefferson is a local government of this State that has been authorized as of January 4, 1985 to operate an approved Local Coastal Zone Management Program pursuant to La. R.S. 214.28. As shown more fully below, the Parish of Jefferson is authorized by state statute to bring appropriate actions on its own behalf and in the name of the State of Louisiana for enforcement of the State and Local Coastal Resources Management Act of 1978, as amended (La. R.S. 214.21, *et seq.*, hereinafter, the "**CZM Act of 1978**"), and the applicable regulations, rules, orders and ordinances promulgated or adopted thereunder by the State or Jefferson Parish, as amended (hereinafter, collectively and together with the CZM Act of 1978, the "**CZM Laws**").

*Little Lake*

## 2.

Made defendants herein are the following entities (hereinafter, collectively, "**Defendants**"):

**EQUITABLE PETROLEUM CORPORATION** ("Equitable") is a Delaware Corporation having its principal business office in Metairie, Louisiana, and its registered agent, Michael L. McDonald, at 3500 N. Causeway Blvd., Ste. 410, Metairie, LA 70002;

**EXXON MOBIL CORPORATION** is a foreign corporation whose registered agent, Corporation Service Company, is located at 320 Somerulos St., Baton Rouge, LA 70802. Exxon Mobil Corporation is named as successor in interest to **Exxon Corporation, The Superior Oil Company,** and **Humble Oil and Refining Co.;**

**GRAHAM EXPLORATION, LTD.** ("Graham Exploration"), previously named Graham Exploration Corporation, is a domestic corporation, incorporated under the laws of Louisiana, and domiciled in Baton Rouge, Louisiana. Graham Exploration, LTD.'s registered agent, C T Corporation System, is located at 5615 Corporate Blvd., STE. 400B, Baton Rouge, LA 70808. Graham Exploration, LTD. is named as successor in interest to **Graham Oil and Gas, LTD.;**

**THE LOUISIANA LAND AND EXPLORATION COMPANY LLC (MARYLAND)** is a foreign company whose registered agent, Corporation Service Company, is located at 320 Somerulos St., Baton Rouge, LA 70802. LL&E is named as successor in interest to **The Louisiana Land and Exploration Company;**

**BEPCO, L.P.** is a foreign partnership whose registered agent, C T Corporation System, is located at 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808. BEPCO, L.P. is named as successor in interest to **Richardson & Bass (LA Acct), Perry R. Bass,** and **Perry R. Bass, Inc.;**

**CHEVRON U.S.A. HOLDINGS INC.** is a foreign corporation whose registered agent, Angie Wang c/o ChevronTexaco, is located at P.O. Box 6028, San Ramon, CA 94583. Chevron U.S.A. Holdings Inc. is named as successor in interest **Texaco Inc.;**

**CHEVRON U.S.A. INC.** is a foreign corporation whose registered agent, The Prentice-Hall Corporation System, Inc., is located at 320 Somerulos St., Baton Rouge, LA 70802. Chevron U.S.A. Inc. is named as successor in interest to **The California Company;**

**VINTAGE PETROLEUM, LLC** is a foreign company whose registered agent, The Corporation Trust Company, is located at Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801. Vintage Petroleum, LLC is successor in interest to **Vintage Petroleum, Inc.;**

**BABY OIL, INC.** is a domestic corporation incorporated under the laws of Louisiana and domiciled in Lockport, Louisiana, whose registered agent, Neil Suard, is located at 311 North Barrios St., Lockport, LA 70374;

**SHELL OIL COMPANY** is a foreign corporation whose registered agent, C T Corporation System, is located at 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

*Little Lake*

**UNION OIL COMPANY OF CALIFORNIA** is a foreign corporation whose registered, Corporation Service Company, is located at 320 Somerulos St., Baton Rouge, LA 70802. Union Oil Company of California is named as successor in interest to **Union Exploration Partners, Ltd.**;

**THE TEXAS COMPANY** is a foreign corporation whose registered agent, The Prentice-Hall Corporation System, Inc., is located at 320 Somerulos St., Baton Rouge, LA 70802; and

**CHEVRON PIPE LINE COMPANY** is a foreign corporation whose registered agent, The Prentice-Hall Corporation System, Inc., is located at 320 Somerulos St., Baton Rouge, LA 70802. Chevron Pipe Line Company is named as successor in interest to **Gulf Refining Company.**

### AREAL EXTENT OF COMPLAINED-OF OPERATIONS

### 3.

In general, Plaintiffs allege below that certain of Defendants' oil and gas exploration, production and transportation operations associated with the development of the Little Lake and Little Temple Oil & Gas Fields in Jefferson Parish were conducted in violation of the CZM Laws and that these activities caused substantial damage to land and waterbodies located in the "Coastal Zone" (hereinafter so called), as defined by the CZM Act of 1978, within Jefferson Parish. A map of the entire Louisiana Coastal Zone is attached hereto as Exhibit A.

In the detailed allegations that follow, the term "**Operational Area**" (hereinafter so called) is used to describe the geographic extent of the area within which the complained-of operations and activities occurred. On information and belief, the areal extent of the Operational Area is identified on the maps contained in Exhibit B attached hereto.

### JURISDICTION, VENUE, AND STATUTORY AND REGULATORY FRAMEWORK

### 4.

The CZM Act of 1978 states that it is the public policy of the state "[t]o protect, develop, and where feasible, restore or enhance the resources of the state's coastal zone." La. R.S. 49:214.22(1).

*Little Lake*

**5.**

Louisiana's Coastal Zone is specifically defined in La. R.S. 49:214.24(5). *See* <u>Exhibit A</u>. The Coastal Zone includes "the coastal waters and adjacent shorelands within the boundaries of the coastal zone . . . ." The term "coastal waters" includes "bays, lakes, inlets, estuaries, rivers, bayous, and other bodies of water within the boundaries of the coastal zone which have measurable seawater content (under normal weather conditions over a period of years)." La. R.S. 49:214.23(4).

**6.**

The Operational Area is located in Jefferson Parish and within the Coastal Zone, and therefore certain activities within the Operational Area are governed by the CZM Laws.

**7.**

The CZM Laws regulate certain "*uses*" within the Coastal Zone. La. R.S. 49:214.30 states that "[n]o person shall commence a use of state or local concern without first applying for and receiving a coastal use permit." A map of the coastal use permits known to have been issued for work within the Operational Area is attached hereto as <u>Exhibit C</u>. A list of those coastal use permits is attached hereto as <u>Exhibit D</u>. The term "use" is defined at La. R.S. 49:214.23(13) as "any use or activity within the coastal zone which has a direct and significant impact on coastal waters." "Uses of state concern" are defined as:

> "Those uses which directly and significantly affect coastal waters and which are in need of coastal management and which have impacts of greater than local significance or which significantly affect interests of regional, state, or national concern. Use of state concern shall include, but not be limited to:
>
> (a) Any dredge or fill activity which intersects with more than one water body.
>
> (b) Projects involving use of state owned lands or water bottoms.
>
> * * *
>
> (f) All mineral activities, including exploration for, and production of oil, gas, and other minerals, all dredge and fill uses associated therewith, and all other associated uses.

*Little Lake*

(g)     All pipelines for the gathering, transportation or transmission of oil, gas and other minerals.

(h)     Energy facility siting and development."

(La. R.S. 49:214.25(A)(1)).

## 8.

"Uses of local concern" are defined as:

"Those uses which directly and significantly affect coastal waters and are in need of coastal management but are not uses of state concern and which should be regulated primarily at the local level if the local government has an approved program. Uses of local concern shall include, but not be limited to:

(a)     Privately funded projects which are not uses of state concern.

* * *

(c)     Maintenance of uses of local concern.

* * *

(e)     Dredge or fill projects not intersecting more than one water body.

* * *

(i)     Maintenance dredging.

* * *

(k)     Uses on cheniers, salt domes, or similar land forms."

(La. R.S. 49:214.25(A)(2)).

## 9.

Enforcement of the CZM Laws is within the authority, *inter alia*, of an appropriate district attorney or a local government with an approved program. La. R.S. 49:214.36D. The Parish of Jefferson, having obtained approval of its Coastal Zone Management Program from the Secretary of the Louisiana Department of Natural Resources (hereinafter, the "**LDNR**") on January 4, 1985 is a "local government with an approved program" within the meaning of the CZM Laws. *See* La. R.S. 49:214.23(8) and La. R.S. 49:214.28.

*Little Lake*

**10.**

Paragraph D of La. R.S. 49:214.36 states that "[t]he secretary [of the LDNR], the attorney general, an appropriate district attorney, or a local government with an approved program may bring such injunctive, declaratory, or other actions as are necessary to ensure that no uses are made of the coastal zone for which a coastal use permit has not been issued when required or which are not in accordance with the terms and conditions of a coastal use permit." Accordingly, the Parish of Jefferson is authorized under the provisions of La. R.S. 49:214.36 to bring appropriate actions in its own behalf and in the name of the State of Louisiana for enforcement of the CZM Laws. Plaintiffs are empowered to bring declaratory, civil damages, or other actions as are necessary to ensure that no uses of state or local concern "are made of the coastal zone for which a coastal use permit has not been issued when required or which are not in accordance with the terms and conditions of a coastal use permit." La. R.S. 49:214.36(D); La. R.S. 16:2D.

**11.**

Paragraph E of La. R.S. 49:214.36 states that "[a] court may impose civil liability and assess damages; order, where feasible and practical, the payment of the restoration costs; require, where feasible and practical, actual restoration of areas disturbed; or otherwise impose reasonable and proper sanctions for uses conducted within the coastal zone without a coastal use permit where a coastal use permit is required or which are not in accordance with the terms and conditions of a coastal use permit. The court in its discretion may award costs and reasonable attorney's fees to the prevailing party."

**12.**

Paragraph G of La. R.S. 49:214.36 states that "[a]ny action pursuant to this Section… must be brought in any parish in which the use or activity is situated."

**13.**

Venue for this action in this district is proper under La. R.S. 49:214.36(G). Plaintiffs are the proper parties to bring the causes of action set forth herein pursuant to La. R.S. 49:214.36(D).

*Little Lake*

**14.**

Defendants have engaged in uses of state and local concern in Jefferson Parish within the Operational Area in violation of La. R.S. 49:214.21, *et seq*.

**15.**

The Louisiana CZM Laws require the secretary of the LDNR to develop a coastal management program and guidelines to further the policies and goals of La. R.S. 49:214.21, *et seq*. The adopted guidelines shall be followed in the development of the state program and local programs and shall serve as criteria for the granting, conditioning, denying, or modifying of coastal use permits. One of the goals of the guidelines is the "careful consideration of the impacts of uses on water flow, circulation, quantity, and quality and require that the discharge or release of any pollutant or toxic material into the water or air of the coastal zone be within all applicable limits established by law, or by federal, state, or local regulatory authority." La. R.S. 49:214.27(3).

**16.**

The state coastal management regulations contemplated by La. R.S. 49:214.21, *et seq.*, are codified at LAC 43:I.700, *et seq*. These state regulations provide that coastal use permits required by La. R.S. 214.30 are *in addition to* "any other permit or approval required or established pursuant to any other constitutional provision or statute." LAC 43:I.700. These state regulations further provide that "[m]ineral and production sites shall be cleared, revegetated, detoxified, and otherwise restored as near as practicable to their original condition upon termination of operations to the maximum extent practicable." LAC 43:I.719.M. As discussed below, Defendants have failed to clear, revegetate, detoxify, and restore the mineral and production sites and other areas affected by their operations and activities within the Operational Area to their original condition, as required by LAC 43:I.719.M. Defendants are liable to Plaintiffs under the CZM Laws for all damages associated with their failure to adhere to LAC 43:I.719.M.

*Little Lake*

**17.**

The coastal zone regulations further require that "[d]rilling and production sites shall be prepared, constructed, and operated using the best practical techniques to prevent the release of pollutants or toxic substances into the environment." LAC 43:I.719.F. These regulations also require that:

- "[t]he location and operation of waste storage, treatment, and disposal facilities shall be avoided in wetlands to the maximum extent practicable, and best practical techniques shall be used to minimize adverse impacts which may result from such use." LAC 43:I.715.A

- "[w]aste facilities located in wetlands shall be designed and built to withstand all expectable adverse conditions without releasing pollutants." LAC 43:I.715.C.

- "[w]aste facilities shall be designed and constructed using best practical techniques to prevent leaching, control leachate production, and prevent the movement of leachate away from the facility." LAC 43:I.715.D.

- "[a]ll waste disposal sites shall be marked and, to the maximum extent practicable, all components of waste shall be identified." LAC 43:I.715.F.

- "[w]aste facilities in wetlands with identifiable pollution problems that are not feasible and practical to correct shall be closed and either removed or sealed, and shall be properly revegetated using the best practical techniques." LAC 43:I.715.G.

- "[w]aste shall be disposed of only at approved disposal sites." LAC 43:I.715.H.

- "[r]adioactive wastes shall not be temporarily or permanently disposed of in the coastal zone." LAC 43:I.715.I.

As alleged below, the operations and activities of Defendants within the Operational Area have resulted in the release of contaminants, pollutants, waste, leachate, and toxic substances into the environment and away from the operated facilities, all in violation of LAC 43:I.715.A through I and LAC 43:I.719.F. Furthermore, the drilling and production sites and waste facilities of Defendants within the Operational Area were not built to withstand all expectable adverse conditions without releasing pollutants, were not prepared using best practical techniques to prevent the release of pollutants or toxic substances, and were not designed and constructed to prevent leaching, control leachate production, or prevent the movement of leachate away from the facility. Defendants are liable for all damages resulting from their violation of the CZM Laws.

*Little Lake*

**18.**

Finally, the state coastal zone regulations prohibit the temporary or permanent disposal of radioactive wastes in the coastal zone. LAC 43:I.715.I. The operations and activities of Defendants in the Operational Area have resulted in the disposal of radioactive materials, including radium 226, radium 228, and naturally occurring radioactive materials (NORM), for which Defendants are liable.

## FACTUAL ALLEGATIONS

**19.**

Defendants drilled and/or operated numerous oil and gas wells within the Operational Area. A map showing the oil and gas wells within the Operational Area is attached hereto as Exhibit E. A list of the oil and gas wells drilled and/or operated by each Defendant is attached hereto as Exhibit F. The operations and activities of Defendants alleged in this petition to be in violation of the CZM Laws were conducted (or are being conducted) to enable or support the drilling and operation of the oil and gas wells listed on Exhibit F.

**20.**

The oil and gas operations and activities of Defendants in the Operational Area included the construction and use of unlined earthen waste pits, which are simply holes, ponds, or excavations dug into the ground or marsh. Many of these waste pits have never been closed or have not been closed in conformance with the state and local CZM Laws and other applicable state environmental laws and regulations, including Statewide Order 29-B and the Louisiana Risk Evaluation/Corrective Action Program (RECAP). Current and historical aerial photographs showing open and/or improperly closed waste pits known to exist within the Operational Area are attached hereto as Exhibit G.

**21.**

The use of waste pits in the Operational Area has a direct and significant impact on state coastal waters located within Jefferson Parish, and thus each such pit required a coastal use

permit after the enactment of the CZM Act of 1978. To the extent that, contrary to Plaintiffs' allegations, the use of any such waste pit was legally commenced prior to the enactment of the CZM Act of 1978, the continued existence of such waste pit following cessation of the operations supported by it constituted a new use for which a coastal use permit was required. In addition, the closure of any individual waste pits in the Operational Area would have involved substantial movement of materials and substantial alteration of the native terrain, and likewise required a state and/or local coastal use permit. On information and belief, Defendants never obtained the required state and/or local coastal use permits for the closure and/or post-CZM operations of their waste pits in the Operational Area. Additionally, these waste pits and areas adjacent thereto have never been cleared, revegetated, detoxified, and/or otherwise restored to their original condition as required by LAC 43:I.719.M. Furthermore, Defendants have failed to design and construct their waste pits located in the Operational Area using best practical techniques to prevent leaching and to prevent the movement of leachate away from their waste facilities, as required by LAC 43:I.715.D.

## 22.

The Defendants use of waste pits in the Operational Area, and their failures to properly close those waste pits, to clear, revegetate, detoxify, and return the property affected thereby to its original condition, and to properly design those waste pits have caused ever increasing damage to the Jefferson Parish Coastal Zone, for which Defendants are liable under the CZM Laws.

## 23.

Defendants have also discharged or disposed of oil field wastes from their waste pits and/or from their other oil and gas operations directly into the Operational Area. Each incident involving the discharge of oil field waste, including, without limitation, oil field brines, has a direct and significant impact on state coastal waters located in Jefferson Parish and constitutes a use for which a state and/or local coastal use permit was required after the enactment of CZM Act of 1978 (Acts 1978, No. 361). On information and belief, Defendants never obtained the required state and/or coastal use permits for the discharge of oil field wastes into the Operational

*Little Lake*

Area. Additionally, the areas of the Jefferson Parish Coastal Zone that have received such discharges have never been cleared, revegetated, detoxified, and otherwise restored to their original condition as required by LAC 43:I.719.M. Furthermore, Defendants failed to prevent the release of pollutants or toxic substances into the environment in accordance with LAC 43:I.719.F, and failed to design and construct their waste pits in a manner to prevent leaching and the resulting discharge wastes, as required by LAC 43:I.715.D. Finally, Defendants knew or should have known that their oilfield wastes contain unacceptable and inherently dangerous levels of radioactive materials, including Radium 226 and 228, and thus the discharge of such materials into the Operational Area after 1978 was a flagrant violation of the CZM Laws, particularly LAC 43:I.715.I. As a result of these failures, Defendants are liable under the CZM Laws for damages and the other relief sought herein.

### 24.

In addition to the use of unpermitted waste pits, the failure to close waste pits properly, and the unpermitted discharge of oil field waste, including, without limitation, oilfield brines, in the Operational Area, Defendants' oil and gas activities have caused the Jefferson Parish Coastal Zone, and in particular the canals, bayous, sediments, marshes, soils, and groundwaters in the Operational Area, to become contaminated or polluted in excess of applicable state standards, which has a direct and significant impact on state coastal waters. Each of these uses constitutes a use for which a coastal use permit was required beginning with the enactment of the CZM Act of 1978. The state coastal zone regulations, at LAC 43:I.700, *et seq.*, define "contaminant" as "an element causing pollution of the environment that would have detrimental effects on air or water quality or on native floral or faunal species." The contamination deposited in the Operational Area as a result of Defendants' activities has had a detrimental effect on the quality of the receiving state waters, on plant and animal life, and on humans who are exposed to such contamination. In addition, Defendants have utilized the Operational Area for the storage of their pollution or contamination, which likewise is a use for which a state and/or local coastal use permit has been required since 1978. On information and belief, Defendants never obtained the required state and/or local coastal use permits for the deposition or storage of contamination or

pollution in the Operational Area. The areas of the Jefferson Parish Coastal Zone that have been affected by such pollution or contamination have never been cleared, revegetated, detoxified, and otherwise restored to their original condition as required by LAC 43:I.719.M. Furthermore, Defendants have failed to prevent the release of pollutants or toxic substances into the environment in accordance with LAC 43:I.719.F. Defendants have also allowed the accumulation of radioactive materials in the soils and groundwaters of the Operational Area, in violation of LAC 43:I.715.I. Defendants are thus liable for their acts of contamination in violation of the CZM Laws, including La. R.S. 49:214.36.

## 25.

Since 1978 and before, Defendants' oil and gas activities have resulted in the dredging of numerous canals in, through, and across the Operational Area. The dredging of canals in the Operational Area has a direct and significant impact on the state coastal waters within Jefferson Parish. On information and belief, Defendants in some instances exceeded the limits of the coastal use permits issued in connection with the dredging of such canals, and in other instances failed to obtain the coastal use permits required for the dredging of such canals. Furthermore, Defendants failed to design, construct and maintain said canals using the best practical techniques to prevent bank slumping, erosion and saltwater intrusion and to minimize the potential for inland movement of storm-generated surges in accordance with LAC 43:I.705.J. As a consequence thereof, Defendants' dredging activities have resulted in the degradation of the Operational Area, including the erosion of marshes and the degradation of terrestrial and aquatic life therein. Additionally, the destruction of the Jefferson Parish Coastal Zone has increased the risk of damage from storm-generated surges and other flooding damage, and has enabled and/or accelerated saltwater intrusion. Furthermore, Defendants failed to revegetate, refill, clean, detoxify, and otherwise restore these canals to their original condition as required by LAC 43:I.705.N, 711.F and 719.M.

## 26.

The above activities of Defendants lie in stark contrast to, and in violation of, the policies enumerated at LAC 43:I.701(G), which states as follows:

*Little Lake*

"It is the policy of the coastal resources program to avoid the following adverse impacts . . . :

    (4)    alterations in the natural concentration of oxygen in coastal waters;

    (5)    destruction or adverse alterations of streams, wetland, tidal passes, inshore waters and waterbottoms, beaches, dunes, barrier islands, and other natural biologically valuable areas or protective coastal features;

          * * *

    (8)    detrimental changes in existing salinity regimes;

    (9)    detrimental changes in littoral and sediment transport processes;

          * * *

    (13)    discharges of pathogens or toxic substances into coastal waters;

          * * *

    (16)    adverse alteration or destruction of unique or valuable habitats, critical habitat for endangered species, important wildlife or fishery breeding or nursery areas, designated wildlife management or sanctuary areas, or forestlands;

          * * *

    (18)    adverse disruptions of coastal wildlife and fishery migratory patterns;

    (19)    land loss, erosion, and subsidence;

    (20)    increases in the potential for flood, hurricane and other storm damage, or increase in the likelihood that damage will occur from such hazards;

    (21)    reduction in the long term biological productivity of the coastal ecosystem.

## 27.

On information and belief, at least some of the activities of Defendants described above may have been permitted and/or authorized by the Louisiana Department of Natural Resources, Office of Conservation (hereinafter, the "**LDNR-OC**"). Paragraph B of La. R.S. 49:214.31 states that "[p]ermits issued pursuant to existing statutory authority of the office of conservation in the Department of Natural Resources for the location, drilling, exploration and production of oil, gas, sulfur or other minerals shall be issued in lieu of coastal use permits, provided that the office of conservation shall coordinate such permitting actions pursuant to R.S. 49:214.31(B) and

*Little Lake*

(D) and **shall ensure that all activities so permitted are consistent with the guidelines, the state program and any affected local program.**" (Emphasis added). The *Memorandum of Understanding Between the Coastal Management Section of the Department of Natural Resources and the Office of Conservation of the Department of Natural Resources*, dated July 8, 1980, reinforces section La. R.S. 49:214.31, wherein it states that the LDNR-OC "will issue in-lieu permits only if the proposed activity is consistent with the Coastal Use Guidelines, the Louisiana Coastal Resources Program and affected approved local programs."

### 28.

To the extent that Defendants operated or conducted activities in the Operational Area under "in lieu" permits authorized or granted by the LDNR-OC or another state agency, Defendants were obligated to comply fully with the CZM Laws in the conduct of such operations or activities.

### 29.

Furthermore, Plaintiffs allege that most, if not all, of Defendants' operations or activities complained of herein were not "lawfully commenced or established" prior to the implementation of the coastal zone management program. *See* LAC 43:723(B)(8). The complained-of operations and activities were prohibited prior to 1978 by various provisions of Louisiana Statewide Orders 29, 29-A, and 29-B, various field wide orders, as well as various orders of the Louisiana Stream Control Commission.

### 30.

Defendants are required to comply not only with all applicable state environmental laws and state regulations, but also with any additional requirements imposed by the State of Louisiana or Jefferson Parish through the coastal zone management program. Defendants have failed to comply with numerous provisions of the state coastal zone management program, as previously alleged, and thus they are liable under the CZM Laws for any damages resulting from these violations.

*Little Lake*

**31.**

The Defendants are liable for the foregoing violations of the state and local CZM Laws, including without limitation, the failure to clear, revegetate, detoxify, and restore to their original condition those portions of the Jefferson Parish Coastal Zone affected by Defendants' activities within the Operational Area.

**32.**

The damages, costs, and attorney fees provided by La. R.S. 49:214.36 are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law.

**33.**

Notwithstanding any allegations or language to the contrary contained elsewhere in this petition, Plaintiffs expressly limit the scope of the claims and allegations of this petition as follows:

(a)  Plaintiffs allege only those state law causes of action that they have a right to pursue under La. R.S. 49:214.21, *et seq.*, as amended, and the state and local regulations, guidelines, ordinances and orders promulgated pursuant thereto and consistent therewith;

(b)  Plaintiffs have not pled, and will never at any time in the future plead, any claim or cause of action arising under federal law or federal regulations, and assert no such claims herein; Plaintiffs allege no claims subject to federal question jurisdiction;  Plaintiffs do not pursue or allege any claims or causes of action arising under federal common law;

(c)  To the extent any state law claims alleged in this petition are preempted by federal law (either expressly or impliedly), such claims are not alleged herein;

(d)  Plaintiffs do not pursue or allege any claims that have been discharged in bankruptcy;

(e)  Plaintiffs do not pursue or allege any general maritime claims, or any claims subject to maritime or admiralty jurisdiction (28 U.S.C.A. §1333);

*Little Lake*

(f)     Plaintiffs do not pursue or allege any claims "arising under the Constitution, laws, or treaties of the United States";

(g)     Plaintiffs do not allege or pursue any claims wherein their right to relief under any cause of action necessarily depends on a resolution of a substantial,  disputed question of federal law;

(h)     Plaintiffs do not allege or pursue any claims arising under the Rivers and Harbors Act of 1899, as amended, or any regulations issued pursuant thereto (hereinafter, collectively, the "**RHA**"), and do not pursue or allege any claims arising under any U.S. Army Corps of Engineers regulations or permits;

(i)     Plaintiffs do not pursue or allege any claims arising under the Clean Water Act of 1972, as amended, or any regulations issued pursuant thereto (hereinafter, collectively, the "**CWA**");

(j)     Plaintiffs do not  pursue or allege any claims arising under any federal regulations of any kind or character whatsoever;

(k)     Plaintiffs do not allege or pursue any claim that any Defendant violated a federal permit or failed to obtain a federal permit;

(l)     Plaintiffs do not allege that they are third party beneficiaries of any obligation between Defendants and any governmental body, or that they are third party beneficiaries of any permitting scheme;

(m)     Plaintiffs do not allege that they are third party beneficiaries of any permit, contract, or right of way agreement, or other conventional servitude or servitude imposed by law;

(n)     Plaintiffs do not allege that they have the right to enforce a federal permit as a third party beneficiary;

(o)     Plaintiffs do not allege that they represent any class; further, Plaintiffs do not pursue or allege any claim over which there is CAFA jurisdiction of this case; Plaintiffs bring

*Little Lake*

this action only on their own behalf and not on behalf of any class or group of individuals or legal entities.

(p)     Plaintiffs do not allege that any acts, omissions, operations or activities occurring on the Outer Continental Shelf violated the CZM Laws.  None of the acts, omissions, operations or activities that form the basis of the Plaintiffs' claims in this petition involve operations or activities on the Outer Continental Shelf.  Plaintiffs do not pursue or allege any claim arising under the Outer Continental Shelf Lands Act (the "**OCSLA**")(43 U.S.C. § 1331 *et seq.*); Plaintiffs do not pursue or allege any claim subject to the jurisdiction of the OCSLA; further, Plaintiffs do no pursue or allege any claim within the jurisdiction established by 43 U.S.C. § 1349;

(q)     Plaintiffs do not pursue or allege any claim involving federal lands, do not pursue or allege any claims covered by federal enclave jurisdiction, and do not pursue or allege any claims regarding any land held in trust by the federal government, its officers, agencies, or agents; Plaintiffs do not pursue or allege any claims over which the federal government contests title.  Plaintiffs do not pursue or allege any claims for damages to any federal floodwalls, federal levees, or any other federal installations or properties. Plaintiffs do not allege that any event, activity, or claim pursued in this petition occurred on a federal enclave. Plaintiffs do not allege or pursue any claim for an alleged injury in circumstances where the alleged injury arose on a federal enclave and the injury is indivisible from an injury that did not occur on a federal enclave.

(r)     Plaintiffs do not allege that any Defendant or Defendants committed a maritime tort or violated a federal maritime law or regulation;

(s)     Plaintiffs make no claims sounding in general maritime law or admiralty law; further, Plaintiffs do not seek remediation or other remedies to the extent such remedies  will have a potentially disruptive impact on maritime commerce or activity; Plaintiffs make no claim herein for the enforcement of any statute or regulation that conflicts with, or is preempted by, federal maritime law or federal maritime regulations;

(t)      Plaintiffs make no claims under Louisiana tort law, contract law, mineral law, or property law;

(u)      Plaintiffs do not allege or pursue any claims that are: (1) covered by or subject to the jurisdiction of the All Writs Act, 28 U.S.C. §1651, et seq., as amended; or, (2) covered by or subject to the jurisdiction of the Convention on the Recognition of Foreign Arbitral Awards, 9 U.S.C. §201, et seq., as amended. Plaintiffs do not allege or pursue any claims under the federal Oil Pollution Act of 1990, as amended;

(v)      In summary, Plaintiffs limit the claims asserted in this petition to state law claims arising under the CZM Laws. The attachment of the map of the entire Louisiana Coastal Zone (See Exhibit A) or the attachment of any other exhibits to this petition shall in no way be interpreted as an expansion of the scope of the specific state law claims alleged in this petition. With regard to any permit alleged in this petition to have been violated, the inclusion of language in such permit referring to federal laws or federal regulations shall in no way be interpreted as an expansion of the scope of the specific state law claims alleged in this petition. Any allegation in this petition that any defendant has violated a coastal use permit shall not be construed as an allegation that any such defendant has violated any federal law or regulation generally or specifically referenced in the permit or any application therefor. Further, to the extent the CZM Laws contain any citation of or reference to any federal laws, statutes or regulations, no claims or causes of action are alleged under those federal laws, statutes or regulations. Any allegation in this petition that any defendant has violated the CZM Laws shall not be construed as an allegation that any such defendant has violated any federal laws, statutes or regulations referenced in the CZM Laws. The quotation or reference in this petition to provisions of certain CZM Laws concerning "uses" of national or regional concern shall not be construed as an allegation that Plaintiffs are making claims arising under the Constitution, laws, or treaties of the United States. The use of the term "navigation" or such similar terms in the CZM Laws shall not be construed to imply that Plaintiffs are asserting maritime or admiralty claims.

(w)      Plaintiffs do not plead any claim or cause of action pertaining to private property located within the Jefferson Parish Coastal Zone: (1) that is the subject of any present or future

*Little Lake*

demand for environmental restoration or remediation, regardless of whether the relief demanded is specific performance, damages or a mandatory or prohibitive injunction; or, (2) that is the subject of any pending or future litigation under Act 312 of 2006 (La. R.S. 30:29, et seq., as amended). Plaintiffs do not seek injunctive relief. Further, Plaintiffs do not plead any claims related to any pending environmental statutory or regulatory claims or actions filed or taken by any federal agency, including, but not limited to, the Environmental Protection Agency and the U.S. Army Corps of Engineers.

## 34.

Subject to all of the limitations set forth in this petition, including, but not limited to, paragraph 33, Plaintiffs Parish of Jefferson and State of Louisiana claim all damages and remedies appropriate under the CZM Laws, including, but not limited to, restoration and remediation costs; actual restoration of disturbed areas to their original condition; costs necessary to clear, revegetate, detoxify and otherwise restore the affected portions of the Jefferson Parish Coastal Zone as near as practicable to its original condition pursuant to LAC 43:I.705.N, 711.F and 719.M; declaratory relief in circumstances where such relief is required, in addition to money damages, to accomplish the purposes of La. R.S. 49:214.21 *et seq.*; costs and expenses of litigation, including costs of environmental assessments and expert costs, and reasonable attorney's fees; and all other damages or remedies provided for in La. R.S. 49:214.21, *et seq.*

## 35.

Plaintiffs demand trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendants (subject to the limitations set forth in this petition), as follows:

(a)     Awarding damages and other appropriate relief specifically provided in the CZM Laws for violations of all applicable state coastal zone management program statutes and regulations within the Jefferson Parish Coastal Zone;

*Little Lake*

(b)     Ordering the payment of costs necessary to clear, revegetate, detoxify and otherwise restore the Jefferson Parish Coastal Zone as near as practicable to its original condition pursuant to LAC 43:I.705.N, 711.F and 719.M.

(c)     Requiring actual restoration of the Jefferson Parish Coastal Zone to its original condition.

(d)     Awarding reasonable costs and attorney fees.

(e)     Awarding pre-judgment and post-judgment interest at the maximum rate allowable by law;

(f)     Such other and further relief available in the premises, subject to the limitations set forth in the petition.

(g)     Plaintiffs request trial by jury.

Respectfully submitted,

**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

_____
DONALD T. CARMOUCHE, ESQ. (2226)
VICTOR L. MARCELLO, ESQ. (9252)
JOHN H. CARMOUCHE, ESQ. (22294)
WILLIAM R. COENEN, III, ESQ. (27410)
BRIAN T. CARMOUCHE, ESQ. (30430)
TODD J. WIMBERLEY, ESQ. (34862)
ROSS J. DONNES, ESQ. (33098)
D. ADELE OWEN, ESQ. (21001)
LEAH G. COTTON, ESQ. (35092)

PHILIP F. COSSICH, JR., ESQ. (1788)
DARREN SUMICH, ESQ. (23321)
DAVID A. PARSIOLA, ESQ. (21005)
BRANDON J. TAYLOR, ESQ. (27662)
**COSSICH, SUMICH,**
**PARISOLA & TAYLOR, L.L.C.**
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

*Little Lake*

BRUCE D. BURGLASS, JR., ESQ. (14112)
ANDRÉ C. GAUDIN, ESQ. (20191)
SCOTT O. GASPARD, ESQ. (23747)
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

**PLEASE SERVE THE PETITION FOR DAMAGES**:

**EQUITABLE PETROLEUM CORPORATION**
Through its registered agent for service of process:
Michael L. McDonald
3500 N. Causeway Blvd., Ste. 410
Metairie, LA 70002

**EXXON MOBIL CORPORATION**
Through its registered agent for service of process:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

**GRAHAM EXPLORATION, LTD**
Through its registered agent for service of process:
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

**THE LOUISIANA LAND AND EXPLORATION COMPANY LLC (MARYLAND)**
Through its registered agent for service of process:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

**BEPCO, L.P.**
Through its registered agent for service of process:
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

**CHEVRON U.S.A. INC.**
Through its registered agent for service of process:
The Prentice-Hall Corporation System, Inc.
320 Somerulos St.
Baton Rouge, LA 70802

**BABY OIL, INC.**
Through its registered agent for service of process:
Neil Suard
311 North Barrios St.
Lockport, LA 70374

**SHELL OIL COMPANY**
Through its registered agent for service of process:
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

*Little Lake*

**UNION OIL COMPANY OF CALIFORNIA**
Through its registered agent for service of process:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA  70802

**THE TEXAS COMPANY**
Through its registered agent for service of process:
The Prentice-Hall Corporation System, Inc.
320 Somerulos St.
Baton Rouge, LA  70802

**CHEVRON PIPE LINE COMPANY**
Through its registered agent for service of process:
The Prentice-Hall Corporation System, Inc.
320 Somerulos St.
Baton Rouge, LA  70802

**PLEASE SERVE THE PETITION FOR DAMAGES THROUGH THE LOUISIANA LONG ARM STATUTE:**

**VINTAGE PETROLEUM, LLC**
Through its registered agent for service of process:
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE  19801

**CHEVRON U.S.A. HOLDINGS INC.**
Through its registered agent for service of process:
Angie Wang c/o ChevronTexaco
P.O. Box 6028
San Ramon, CA 94583

*Little Lake*

## EXHIBIT A

### Louisiana Coastal Zone Boundary



A-1

*Little Lake*

**EXHIBIT B**

**Map of the Operational Area**

(Overview)



*Little Lake*

**EXHIBIT B**

**Map of the Operational Area**

(Detail View)

## 2013 Aerial



B-2

*Little Lake*

### EXHIBIT C

### Map of Coastal Use Permits within the Operational Area

Yellow and orange shapes represent work locations described in Coastal Use Permits.
*Source: LDNR*

**2013 Aerial**



C-1

*Little Lake*

# EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---|---|
| P19800257 | DREDGE FOR A SLIP TO DRILL NO. 3 AND 4 LL&E WELLS |
| P19800289 | FLOWLINE // FLOWLINE // // BEGIN: WELL NO 4 // END: TANK BATTERY // COMPANY:EQUITABLE // STATUS: AUTHORIZATION GRANTED - NO CONDITIONS |
| | SL 2383 WELL NO 4 LOCATION |
| P19800356 | DRILL BARGE AND STRUCTURES |
| P19810584 | 2 3/8" FUEL GAS LINES // FUEL GAS // LAID ON MARSH // BEGIN: LL&E NO F-36 // END: COMMON TANK BATTERY NO 2 // COMPANY:EXXON // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 2 7/8" FLOWLINES // FLOWLINE // LAID ON MARSH // BEGIN: LL&E NO F-36 // END: COMMON TANK BATTERY NO 2 // COMPANY:EXXON // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | PRODUCTION FACILITIES |
| P19810638 | DREDGE CHANNEL & WELL SLIP |
| P19810862 | WELL KEYWAY STRUCTURE AND MOVE IN BARGE RIG TO DRILL |
| P19810920 | SWEEP CANAL AND DREDGE SLIP FOR LL&E NO. A-1 |
| P19811150 | PROPOSED PIPELINE CROSSING LL&E NO. 2 |
| P19811591 | DREDGE, INSTALL GAS PIPELINE, BACKFILL |
| P19811674 | DREDGE CHANNEL AND SLIP FOR OIL & GAS EXPLORATION |
| P19820173 | DREDGING AND CONSTRUCTION OF WELL KEYWAY STRUCTURE |
| P19820421 | 2" GAS SUPPLY LINE // GAS // BURIED 4 FT MINIMUM & ON SURFACE OF MARSH // BEGIN: PROPOSED WELL // END: // COMPANY:EXXON // STATUS: AUTHORIZATION GRANTED - NO CONDITIONS |
| | 3" FLOWLINE // // BURIED 4 FT MINIMUM & ON SURFACE OF MARSH // BEGIN: PROPOSED WELL // END: COMMON TANK BATTERY NO 1 // COMPANY:EXXON // STATUS: AUTHORIZATION GRANTED - NO CONDITIONS |
| | FACILITIES TO SERVE LL&E WELL NO. F-37 |
| P19820792 | INSTALL FLOWLINE |
| P19820838 | DREDGE CANAL AND SLIP AND LOWER PIPELINE FOR OIL AND GAS DRILLING RIG ACCESS |
| P19820912 | 4" FLOWLINE // GAS // BURIED 3 FT BELOW LAKE & 5 FT BELOW CANALS // BEGIN: TIE-IN VALVE // END: RISER @ TEXACO BARGE // COMPANY:TRANSGAS // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | PIPELINE, LITTLE LAKE AREA |
| P19821028 | DREDGING & CONSTRUCTION OF WELL KEYWAY STRUCTURE |
| P19821051 | CONSTRUCT WELL KEYWAY STRUCTURES |
| P19821183 | DREDGE A BOAT SLIP AND BULKHEAD ALONG THE UPLAND BAYOU BANK |
| P19821712 | INSTALL EARTHEN DAM |
| P19830198 | SHELL CAPPED EARTHEN DAM |
| P19830663 | CONSTRUCT WELL KEYWAY STRUCTURES |
| P19831521 | OIL & GAS CHANNEL AND SLIP LL&E WELL #2 |
| P19831542 | DREDGE A CANAL/SLIP; THOMSON, THOMPSON &WRIGHT ASSOC. WELL NO 1. |
| P19841028 | WELL SITE IN LITTLE LAKE |

D-1

*Little Lake*

# EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---|---|
| P19841093 | // FLOWLINE : EXISTING // 3' BELOW CANAL BOTTOM // BEGIN: BERM // END: BERM (XING CANAL) // COMPANY:LGS // STATUS: TRANSFERRED TO ENFORCEMENT |
|  | INSTALL PIPELINE FROM FORMAN #1 S.L. 10795 WELL #1 CONSTRUCT EARTHEN PLUG |
| P19841220 | DREDGE CANAL BOTTOM, CONSTRUCT EARTHEN AND SHELL PLUG |
| P19841294 | WELL CRIBBING FOR OIL/GAS WELL |
| P19841380 | DRILLING BARGE |
| P19841532 | DREDGING2 |
|  | MARSH MANAGEMENT PLAN AREA |
|  | PROTECTION2 |
|  | WEIR |
| P19850572 | 2 7/8" OIL/GAS // OIL/GAS // 3' BELOW MUDLINE // BEGIN:  // END:  // COMPANY:EQUITABLE // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
|  | OIL AND GAS WELL INSTALLATION |
| P19850952 | INSTALL BARGE RIG AND KEYWAY STRUCTURE |
| P19850954 | INSTALL DRILLING BARGE, KEYWAY STRUCTURE, DRILL OIL/GAS WELL |
| P19851167 | DREDGE A PARALLEL SLIP AND LOCATE A DRILLING BARGE, CONSTRUCT KEYWAY AT THE WELL SITE |
| P19851331 | SITE AN OIL AND GAS WELL IN OPEN WATER BY BARGE |
| P19851362 | PLACE STRUCTURES ON LOCATION TO PREPARE FOR OIL AND GAS EXPLORATION AND PRODUCTION |
| P19851532 | WEIR |
| P19860289 | REMOVE AND RELOCATE BULKHEAD |
| P19860426 | PROPOSED PIPELINE, SHELLPAD AND STRUCTURE |
| P19860450 | PROPOSED WALKWAY TO SERVE SL 11177 NO. 1 |
| P19860714 | CONSTRUCT WELL PROTECTION STRUCTURE FOR PLACEMENT OF DRILLING BARGE SL 7014 WELL NO. 1 |
| P19861008 | PRODUCTION BARGE AND WALKWAY TO SL 2383 WELL NO. 1 |
| P19861066 | EARTHEN DAM & REINFORCE EXISTING EARTHEN DAM |
| P19861076 | DRILLING STRUCTURES AND FLOWLINES FOR DRILL |
| P19870294 | MARSH MANAGEMENT PLAN, REPAIR DAMNS AND LEVEES |
| P19870486 | DREDGING3 |
|  | SPOIL1 |
| P19871299 | PROPOSED HELIPORT |
| P19880088 | DRILLING BARGE AND APPURTENANT STRUCTURES INCLUDING PILE CLUSTER AND WELLHEAD PROTECTION PLATFORM |
| P19880336 | PLUG/DAM |
|  | WEIR |
| P19881172 | 6" FLOWLINE // FLOWLINE // REQUIRED DEPTH IN 1968 // BEGIN:  // END:  // COMPANY:EXXON // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P19890164 | RESTORE SPOIL BANKS |

D-2

# EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---------|-------------|
| P19900094 | 2" FLOWLINE // // 3' BELOW MUDLINE // BEGIN: EQUITABLE PETRO. CORP. NO. 22 WELL S\L 2453 // END: EXISTING TANK BATTERY // COMPANY:EQUITABLE // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | LOCATE A DRILLING BARGE AT DRILL SITE, INSTALL FLOWLINE TO EXISTING TANK BATTERY |
| P19910573 | EXCAVATE WATER BOTTOM MATERIAL FROM LITTLE LAKE AND GAS FIELDS |
| P19910705 | 2" FLOWLINE // FLOWLINE // 3' MIN BLW MUDLINE // BEGIN: EXISTING PRODUCTION BARGE // END: PROPOSED PRODUCTION BARGE // COMPANY:HOUMA OPERATING // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | INSTALL FLOWLINES FROM SL 11177 WELL NO. 1 TO PROPOSED PRODUCTION BARGE |
| P19910743 | ACCESS LL&E "F" LEASE WELL NO. 1 |
| P19911011 | WHEEL WASHING ACTIVITY |
| P19920503 | 12" EXISTING P/L // PIPELINE // 10' BLW ML // BEGIN: EXISTING PT ON LINE // END: PT ON LINE // COMPANY:SOUTHERN NATURAL GAS // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | DREDGE, CUT AND PLUG A PIPELINE |
| P19920589 | AFTER-THE-FACT FOR WHEEL WASHING |
| P19920850 | MOVE ONTO LOCATION AN INLAND BARGE RIG, CONSTRUCT KEYWAY AND INSTALL FLOWLINE |
| P19920915 | CONSTRUCT HELIPORT TO ACCESS VALVE SITE |
| P19931187 | DREDGE A CANAL AND SLIP TO PREPARE THE LOCATION TO MOVE IN A DRILLING BARGE TO DRILL THE S.L. 14009 NO. 1 WELL. WELL PROTECTION STRUCTURE |
| P19940055 | CONSTRUCT AND MAINTAIN A DRAINAGE PUMP STATION, DREDGING, BACKFILL |
| P19950260 | 2 7/8" FLOWLINE // // TOP OF MARSH & 3' BML @ CANAL XING // BEGIN: LL&E F-38 // END: TANK BATTERY NO 1 // COMPANY:VINTAGE PETROLEUM IN // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | DREDGING FOR A WELL LOCATION, CONSTRUCTION OF A SHELL PAD, PROTECTION STRUCTURE TO SERVE THE LL&E NO. F-38 WELL |
| P19950971 | 2 1/2" GAS LIFT LINE // GAS // LAID ON MARSH & 3' BML @ CANAL XING // BEGIN: LL&E F-27 // END: LL&E J-1 // COMPANY:VINTAGE PETROLEUM CO // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | INSTALL FLOWLINE |
| P19960479 | BULKHEAD REFURBISHMENT AND MITIGATION |
| P19960490 | PROPOSED MAINTENANCE DREDGE, LITTLE LAKE |
| P19960753 | PRODUCTION BARGE |
| P19961504 | LL&E F-36&37 CANAL MAINTENANCE |
| P19961508 | PROPOSED MAINTENANCE DREDGE, LAFOURCHE & JEFFERSON |
| | PROPOSED SPOIL PLACEMENT, BAYOU PEROT, JEFFERSON |
| P19961630 | CONSTRUCT VALVE BOX ON TIMBER PILIES |
| P19971546 | CATHODIC PROTECTION SYSTEM & ANODE GROUND BED |
| P19971962 | NO DOCUMENTS |
| P19990462 | DREDGE |

*Little Lake*

## EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---------|-------------|
| | PROPWASH |
| | SPOIL |
| P19991118 | PROPWASH |
| | WELL |
| P19991314 | DREDGE |
| | REPAIR LEVEE |
| P20000666 | CLEANOUT |
| | LL&E SL 16709 WELL #1; PROPOSED DRILLING STRS |
| P20000984 | 6" FLOWLINE // FLOWLINE // NONE TO 11' BLW ML // BEGIN: RISER PLATFORM @ SL 16709 #1 // END: EXISTING PLATFORM (RISER) // COMPANY:THE LOUISIANA LAND & EXPLORATION COMPANY // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20010315 | SL 2383 WELL #9; DRILLING BARGE & STRUCTURES |
| P20010725 | DRILLING STRUCTURES |
| P20011122 | WELL STRUCTURES: SL 2383 #002 |
| P20011269 | 30" // CRUDE OIL // VARIES TO 30' BLW MUDLINE // BEGIN: THREE MILE LINE // END: CLOVELLY MODULE FACILITY // COMPANY:ENDYMION OIL PIPELINE COMPANY, LLC // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20011421 | 6" // PIPELINE // 3' MIN BLW MUDLINE // BEGIN: SL 2383 WELL #2 // END: WASKEY PLATFORM // COMPANY:PHOENIX OIL & GAS, LTD., LLP // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | INSTALL THREE 6" PIPELINES AND STRUCTURES TO SERVE SL 2383 #2 |
| | WASKEY PLATFORM; 50' X 50' PROPOSED |
| P20011422 | 6" // PIPELINE // 3' MIN BLW MUDLINE // BEGIN: SL 2383 WELL #2 // END: EXISTING FACILITY // COMPANY:PHOENIX OIL & GAS, LTD., LLP // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20011423 | 6" // PIPELINE // 3' MIN BLW MUDLINE // BEGIN: SL 2383 WELL #2 // END: WASKEY PLATFORM // COMPANY:PHOENIX OIL & GAS, LTD., LLP // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | WASKEY PLATFORM; 100' X 100' PROPOSED |
| P20011573 | SL 2383 WELL #9; DRILL BARGE & STRUCTURES |
| P20020579 | DREDGE / EXCAVATION |
| | SPOIL |
| P20021475 | DREDGE |
| | SPOIL |
| | WELL STRUCTURES |
| P20021734 | 6" // FLOWLINE // 3' MIN BLW MUDLINE // BEGIN: SL 17613 WELL NO 1 // END: EXISTING PLATFORM // COMPANY:CLAYTON WILLIAMS ENERGY, INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | HEATER PLATFORM |
| | STORAGE PLATFORM |
| P20030191 | TIDE & WATER LEVEL STATION; BAYOU PEROT/RIGOLETTES |
| P20030472 | DREDGING FOR ACCESS TO SL 2561 NO 1 |
| | LIMESTONE PAD FOR WELL SITE |
| | SPOIL |
| | SPOIL AREA 1 |

# EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---|---|
| | SPOIL AREA 2 |
| | WELL SITE |
| P20030481 | DREDGE |
| | SPOIL |
| P20030796 | 8" // PIPELINE MAINTENANCE // 3' MIN BLW MUDLINE // BEGIN: VENICE PLANT // END: FAUSTINA FACILITY // COMPANY:CHEVRON PIPELINE COMPANY // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20040976 | "4"" |
| P20041443 | 4"" // FLOWLINE // 3' MIN BLW ML // BEGIN: 4"" RISER // END: 4"" RISER // COMPANY:BADGER OIL CORPORATION // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 12" // PIPELINE MAINTENANCE/REPLACEMENT AS NEEDED // UNKNOWN // BEGIN: MANILA JUNCTION // END: LAROSE STATION // COMPANY:EXXONMOBIL PIPELINE COMPANY // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20041589 | 16" // PIPELINE MAINTENANCE/REPLACEMENT AS NEEDED // UNKNOWN // BEGIN: MANILA JUNCTION // END: LAROSE STATION // COMPANY:EXXONMOBIL PIPELINE COMPANY // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | DRILL BARGE/STRUCTURES SL 18146 NO 2 WELL |
| P20041605 | SL 18146 WELL #1 DRILL BARGE & STRUCTURES |
| | 6" // PIPELINE // 3' MIN BLW ML // BEGIN: SL 18146 WELL NO 1 // END: EXISTING BARGE // COMPANY:CHROMA OPERATING, INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20050145 | HEATER PLATFORM |
| P20050175 | WEIR |
| | PROPWASH |
| P20051285 | STRUCTURES STRIKE KING PROSPECT |
| P20060275 | SITE CLEARANCE SL 2453 #10 & 10D |
| | 2" // FLOWLINE // 3' MIN BLW ML // BEGIN: PROPOSED HEATER PLATFORM // END: PROPOSED PRODUCTION BARGE // COMPANY:ENERGY XXI GOM, LLC // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 4" // FLOWLINE // 3' MIN BLW ML // BEGIN: PROPOSED HEATER PLATFORM // END: PROPOSED PRODUCTION BARGE // COMPANY:ENERGY XXI GOM, LLC // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | HEATER PLATFORM |
| P20060998 | WELL CRIBBING, SL 18146 NO. 2 |
| | 4" // FLOWLINE // 3' MIN BLW ML // BEGIN: PROPOSED BARGE // END: EXISTING PLATFORM // COMPANY:MARLIN ENERGY OFFSHORE, LLC // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | PLATFORM (16'X22') |
| | PRODUCTION BARGE, WATER BARGE, WALKWAY |
| P20070226 | SPOIL |
| | LOCATION SL 2453 B NO 22 WELL |
| P20070233 | PROPWASH |
| | DRILL BARGE SL 2453 B NO 23 |
| P20070301 | PROPWASH SLIP |

# EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---|---|
|  | BULKHEAD REMOVAL |
|  | BULKHEAD, PLATFORM & VALVE REMOVAL |
| P20070372 | CAM ANOMALY SITE REPAIR (24") |
| P20070736 | LITTLE LAKE PIPELINE REPAIR (16") |
|  | DREDGE |
|  | RE-ENTRY LL&E NO 36 WELL |
| P20070779 | SPOIL |
|  | 4" // SWD FLOWLINE // BORED 20' BLW ML // BEGIN: BARGE AT WELL NO 1 // END: WELL NO 1 // COMPANY:MARLIN COASTAL, LLC // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20071016 | INSTALL SWD PIPELINE SL18010 NO 1 TO WICHITA RIVER SWD INJECTION WELL |
| P20071543 | 3" // FLOWLINE // 3' MIN BLW ML // BEGIN: PROPOSED HEATER PLATFORM // END: EXISTING METER PLATFORM // COMPANY:SOUTHERN BAY OPERATING, LLC // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
|  | ACCESS ROUTE (NO DREDGING) |
| P20071623 | SL 2453 NO 25 WELL LOCATION & STRUCTURES |
|  | PROPWASH |
|  | SL 2383 NO 9 WELL RE-ENTRY |
| P20071740 | SPOIL PLACEMENT |
|  | PROPWASH & STRUCTURES |
|  | SL 2453 NO 24 WELL LOCATION & STRS |
| P20071742 | SPOIL PLACEMENT |
|  | 3 1/2" // FLOWLINE // UNKNOWN // BEGIN: JEFF SCH LD SL 2453 NO 23/25 WELLS // END: EXISTING NORTH HALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20071748 | INSTALL 7 FLWOLINES TO SERVE SL2354 NOS.1,23,25 |
|  | 3 1/2" // FLOWLINE // UNKNOWN // BEGIN: JEFF SCH LD SL 2453 // END: EXISTING GAS LIFT PLATFORM // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20071749 | 3 1/2" // FLOWLINE // UNKNOWN // BEGIN: JEFF SCH LD SL 2453 // END: EXISTING NORTH HALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20071751 | 3 1/2" // FLOWLINE // UNKNOWN // BEGIN: JEFF SCH LD SL 2453 // END: EXISTING GAS LIFT PLATFORM // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20071752 | JGC ENERGY NORTH FACILITY PLATFORM 200 X 200 |
| P20071773 | SOUTH FACILITY EXPANSION: PLATFORM |
|  | 3 1/2" // FLOWLINE // UNKNOWN // BEGIN: EXISTING GAS LIFT PLATFORM // END: EXISTING NORTH HALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |

*Little Lake*

## EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---|---|
| | 3 1/2" // FLOWLINE // UNKNOWN // BEGIN: EXISTING SOUTH HALF FACILITY // END: EXISTING GAS LIFT PLATFORM // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 3.5" // FLOWLINE // 3'-5' MIN BLW MUDLINE // BEGIN: EXISTING SOUTH HALF FACILITY // END: EXISTING GAS LIFT PLATFORM // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20071774 | REPLACE AND ADD FLOWLINES, JETTING ACTIVITIES |
| | 3 1/2" // REPLACEMENT SWD LINE // UNKNOWN // BEGIN: JEFF SCH SL 2453 NO 12 // END: NORTH HALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 3 1/2" // REPLACEMENT SWD LINE // UNKNOWN // BEGIN: JEFF SCH SL 2453 SWD NO 11 // END: NORTH HALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20080068 | REPLACE SWD FLOWLINE FROM SL2453 WELL NO 12. |
| P20080072 | WELL RE-ENTRY: SL 2383 NO 002 |
| | PROP WASHING |
| P20080730 | STRIKE KING PROSPECT & STRUCTURES |
| P20080737 | WELL LOCATION: SL 2453 NO 26 WELL |
| | CLEANOUT & SPOIL |
| P20080739 | SL 19864 NO 1 WELL LOCATION & STRS |
| | PROPWASH SLIP TO ACCESS WELL NO 27 |
| P20080752 | SL 2453 NO 27 WELL LOCATION & STRS |
| | CLEANOUT & SPOIL AT SL 19333 NO 1 WELL |
| P20080766 | SL 19333 NO 1 WELL LOCATION & STRS |
| | 4" // FLOWLINE // 3' MIN BLW ML // BEGIN: SL 2453 NO 21 WELL // END: EXISTING FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 4" // FLOWLINE // 3' MIN BLW ML // BEGIN: SL 2453 NO 4 WELL // END: EXISTING FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 4" // FLOWLINE // 3' MIN BLW ML // BEGIN: SL 2453 NO 8 WELL // END: EXISTING FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 4" // GAS LIFT LINE // 3' MIN BLW ML // BEGIN: SL 2453 NO 21 WELL // END: EXISTING FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20080767 | 4" // GAS LIFT LINE // 3' MIN BLW ML // BEGIN: SL 2453 NO 8 WELL // END: EXISTING FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |

*Little Lake*

# EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---|---|
| | 4" // GAS LIFT LINE // 3' MIN BLW ML // BEGIN: SL 2453 NO 16 WELL // END: EXISTING FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20080844 | 4" // GAS LIFT LINE // 3' MIN BLW ML // BEGIN: SL 2453 NO 18 WELL // END: EXISTING FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20081005 | 3 1/2" // GAS LIFT LINE // UNKNOWN // BEGIN: JEFF SCH LD SL 2453 SWD NO 1 WELL // END: EXISTING NORTH HALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 2" // GAS LIFT LINE // // BEGIN: TP 1-2 RB SUA; SL 19908 NO 1 WELL // END: NORTHHALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20081265 | 3" // FLOWLINE // // BEGIN: TP 1-2 RB SUA; SL 19908 NO 1 WELL // END: NORTHHALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | SITE CLEARANCE 400' RADIUS: LL & EF WELL #20 |
| P20081276 | SITE CLEARANCE: LL TP 2B RB SU;LL & EF WELL #20 |
| | PROPWASH FOR ACCESS TO STRIKE KING WELL #2 |
| | STRIKE KING WELL #2 & STRUCTURES |
| P20081284 | UNKNOWN // PIPELINE // 3' MIN BLW MUDLINE // BEGIN: 29° 30' 56"N 90° 08' 24"W // END: 29° 30' 55"N  90° 08' 24"W // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 2" // FLOWLINE // 1.0' - 3.0' BLW ML // BEGIN: J FISHER HEIRS NO 1 WELL // END: EXISTING RISER AT PRODUCTION BARGE // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 4" // FLOWLINE // 1.0' - 3.0' BLW ML // BEGIN: J FISHER HEIRS NO 1 WELL // END: EXISTING RISER AT PRODUCTION BARGE // COMPANY:JGC ENERGY DEVELOPMENT (USA) INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20081372 | LINE  HEATER PLATFORM & WALKWAY |
| | SHELL PAD FOR COMPRESSOR BARGE & CLUSTERS |
| P20081560 | SPOIL PLACEMENT |
| | 4" // FLOWLINE // // BEGIN: RISER AT SL 19864 NO 1 WELL FACILITY // END: RISER AT SL 2453 NO 22 WELL // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20090148 | HEATER PLATFORM: 32' X 40' & 94' WALKWAY TO WELL |
| | HYDRAULIC DREDGING |
| | SPOIL LOCATION |
| | SWD WELL NO 001 LOCATION & STRS |
| P20090173 | WELL NO 001 LOCATION & STRS |

D-8

*Little Lake*

## EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---------|-------------|
| P20090262 | HYDROSTATIC TEST FOR EXISTING 4" PL // NOT A PIPELINE // // BEGIN: PRESSURE END FOR 4"PL // END: PLUGGED END FOR 4"PL // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - NO CONDITIONS |
| | PLUG & REPAIR BREACHES: POINT #1 |
| | PLUG & REPAIR BREACHES: POINT #2 |
| | PLUG & REPAIR BREACHES: POINT #3 |
| P20090276 | PLUG & REPAIR BREACHES: POINT #4 |
| | SOV - SITE CLEARANCE AT SL 2453 NO 19 WELL(186240) |
| | SOV - SITE CLEARANCE AT SL 2453 NO 5 WELL (055352) |
| P20090335 | SOV - SITE CLEARANCE AT SL 2453 NO3-D WELL(053709) |
| | BULKHEAD #16 (132') & WASHOUT REPAIR ON LINE 40 |
| P20090737 | BULKHEAD #17 (116') & WASHOUT REPAIR ON LINE 40 |
| | REPAIRS TO EXISTING 12"/16" PIPELINE: DIG SITE #78 |
| | REPAIRS TO EXISTING 12"/16" PIPELINE: DIG SITE #79 |
| | REPAIRS TO EXISTING 12"/16" PIPELINE: DIG SITE #80 |
| | REPAIRS TO EXISTING 12"/16" PIPELINE: DIG SITE #81 |
| | REPAIRS TO EXISTING 12"/16" PIPELINE: DIG SITE #82 |
| | REPAIRS TO EXISTING 12"/16" PIPELINE: DIG SITE #83 |
| | REPAIRS TO EXISTING 12"/16" PIPELINE: DIG SITE #84 |
| | REPAIRS TO EXISTING 12"/16" PIPELINE: DIG SITE #85 |
| P20090836 | REPAIRS TO EXISTING 12"/16" PIPELINE: DIG SITE #86 |
| P20091027 | 3" // FLOWLINE // ABN ON PIPERACK // BEGIN: SL 19041 NO 1 WELL // END: METER STATION // COMPANY:SOUTHERN BAY OPERATING, LLC // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 2" // GAS LIFT LINE // // BEGIN: SL 2453 NO 28 WELL // END: SL 2453 NO 22 WELL // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | 3" // FLOWLINE // // BEGIN: SL 2453 NO 28 WELL // END: SL 2453 NO 22 WELL // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20091284 | HEATER PLATFORM: 32'X40' & PIPEWALK TO WELL 27 |
| P20100042 | 4" // FLOWLINE // 3' MIN BLW MUDLINE // BEGIN: EXISTING STRIKE KING FACILITY // END: EXISTING SOUTH HALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| | HEATER PLATFORM & WALKWAY |
| P20100106 | SEPARATOR PLATFORM |
| P20100491 | 4" // FLOWLINE // 3' MIN BLW ML // BEGIN: SL 2453 NO 14 WELL // END: EXISTING SOUTH HALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20100738 | BULKHEAD REMOVAL |
| P20100994 | WELL LOCATION & STRS: SL 2453 NO 26 |
| | 6" // FLOWLINE // 5' MIN BLW ML // BEGIN: HILCORP ENERGY INC // END: COMPRESSOR STATION // COMPANY:CASTEX ENERGY, INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20101191 | INSTALL FLOWLINES, 2 TEMPORARY WORKSPACES |
| | DREDGING & SPOIL |

# EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---------|-------------|
| P20101590 | STRUCTURES TO RE-ENTER SL 2453 WELL NO 20 |
| P20110235 | 24" (AREA WIDE) // EXISTING CAM PIPELINE // BURIED 3' - 8' BLW ML // BEGIN: CLOVELLY // END: MURPHY REFINERY // COMPANY:PLAINS PIPELINE, LP // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
|  | SANDBAG PLACEMENT: 12" PL INSPECTION SITE |
| P20110623 | SANDBAG PLACEMENT: 16" PL INSPECTION SITE |
| P20110669 | 2.5" // GAS LIFT LINE // 3' MIN BLW ML // BEGIN: GAS LIFT PLATFORM // END: SL 2453 NO 1 WELL // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - VATF GRANTED |
|  | ANOMALY REPAIR:24" CAM PL: SITE 3 |
| P20110763 | EXCAVATION & SPOIL PLACEMENT SITE 3 |
|  | PROPWASH |
| P20111046 | WELL LOCATION: SL 19864 NO 1 |
|  | PIPELINE REPAIR (16"): DIG SITE #5 |
| P20111552 | PIPELINE REPAIR (16"): DIG SITE #6 |
| P20120197 | 2" // GAS LIFT LINE //  // BEGIN: E-4 RA VUE; SL 2453 NO 8-D WELL // END: VUB JEFF SCH LD SL 2453 NO 21 WELL // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20120453 | PIPELINE REPAIR SITE #9 |
|  | N/A // EXISTING PIPELINE // 4' BLW ML (LOWERED) // BEGIN:  // END: // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: RECEIVED - ON HOLD |
|  | PROPWASH |
| P20120682 | STRUCTURES SL 2383  NO 9 WELL |
|  | EXISTING STRUCTURES TO BE REPLACED |
| P20120734 | WORK SITE: 40'X250' |
| P20120745 | 2" // EXISTING GAS LIFT LINE // 3' BLW ML // BEGIN: GAS LIFT PLATFORM // END: SL 2453 NO 1 WELL // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - VATF GRANTED |
| P20120989 | 4" // SWD LINE //  // BEGIN: JEFF SCH LD SL 2453 NO 16 WELL // END: JEFF SCH LD SL 2453 NO 23 WELL // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20121122 | WELL RE-ENTRY: SL 2383 NO 002 |
| P20121200 | PIPELINE REMEDIATION |
|  | 2" // PIPELINE // 3' - 8' BLW ML & LAID ON MARSH // BEGIN: LL&E WELL NO 1 // END: LAFITTE NORTH LITTLE LAKE FACILITY // COMPANY:HILCORP ENERGY COMPANY // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20121280 | 4" // PIPELINE // 3' - 8' BLW ML & LAID ON MARSH // BEGIN: LL&E WELL NO 1 // END: SL 16709 WELL NO 1 // COMPANY:HILCORP ENERGY COMPANY // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20121291 | 4" // SWD LINE //  // BEGIN: JEFF SCH LD SL 2453 NO 1 WELL // END: EXISTING SOUTH HALF FACILITY // COMPANY:JGC ENERGY DEVELOPMENT (USA), INC. // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |

*Little Lake*

# EXHIBIT D

## Coastal Use Permits for Work in the Operational Area

| CUP No. | Description |
|---------|-------------|
|  | 6" // FLOWLINE // 3' BLW ML // BEGIN: SL 2383 WELL NO 2 // END: EXISTING PLATFORM // COMPANY:SHORELINE SOUTHEAST, LLC // STATUS: AUTHORIZATION GRANTED - SPECIAL CONDITIONS |
| P20131157 | INSTALL 2 FLOWLINES TO SERVE S.L. 2383 WELL NO 2 |

*Little Lake*

**EXHIBIT E**

**Map of Oil & Gas Wells within the Operational Area**

Orange triangles indicate the surface locations of Oil & Gas Wells. *Source: LDNR*

**2013 Aerial**



*Little Lake*

## EXHIBIT F

## Oil & Gas Wells Operated by Defendants and their Predecessors
## within the Operational Area (by LDNR Well Serial No.)

### BABY OIL, INC.

| | | |
|---|---|---|
| 204577 | 226326 | |

### EQUITABLE PETROLEUM CORP.

| | | |
|---|---|---|
| 52447 | 59327 | 178612 |
| 52892 | 59356 | 181408 |
| 53406 | 62600 | 185118 |
| 54070 | 66217 | 186240 |
| 54256 | 67735 | 188422 |
| 54257 | 67884 | 190939 |
| 54410 | 67888 | 191762 |
| 54411 | 68145 | 194397 |
| 54461 | 68347 | 202727 |
| 55352 | 68509 | 204711 |
| 55782 | 170818 | 205744 |
| 56988 | 171373 | 207900 |
| 57619 | 175440 | 213501 |
| 58882 | 176644 | |

### EXXON CORPORATION

| | | |
|---|---|---|
| 34620 | 53202 | 91267 |
| 44364 | 53203 | 92521 |
| 45064 | 53766 | 92527 |
| 45405 | 56856 | 92532 |
| 45658 | 57937 | 92584 |
| 46456 | 60055 | 92773 |
| 47439 | 62077 | 93122 |
| 47534 | 62858 | 94460 |
| 47934 | 63623 | 94568 |
| 48331 | 64462 | 96408 |
| 48538 | 65038 | 96409 |
| 48539 | 65388 | 96410 |
| 48689 | 65485 | 96411 |
| 48781 | 66196 | 96412 |
| 48796 | 68206 | 96772 |
| 48797 | 69026 | 97366 |
| 48889 | 69311 | 98608 |
| 49465 | 69644 | 99894 |
| 49466 | 70359 | 103458 |
| 49569 | 71318 | 120190 |
| 49632 | 71899 | 120678 |
| 49633 | 73861 | 126231 |
| 50339 | 75888 | 127032 |
| 50415 | 76853 | 128157 |
| 50861 | 88114 | 131047 |
| 50986 | 88115 | 131048 |
| 51413 | 89815 | 170112 |
| 51682 | 91122 | 174253 |
| 51927 | 91249 | 180598 |
| 52530 | 91251 | 181291 |

### GRAHAM OIL AND GAS, LTD.

| | | |
|---|---|---|
| 170987 | 173981 | 182962 |
| 171316 | 176933 | |

### GULF REFG CO

| | | |
|---|---|---|
| 37024 | 37747 | |

# EXHIBIT F

## Oil & Gas Wells Operated by Defendants and their Predecessors
## within the Operational Area (by LDNR Well Serial No.)

### HUMBLE OIL AND REFINING CO.

| | | |
|---|---|---|
| 46391 | 52448 | 67190 |
| 46441 | 53201 | 68206 |
| 48083 | 53262 | 69645 |
| 48626 | 53328 | 91250 |
| 48688 | 53765 | 118433 |
| 48690 | 54258 | |
| 50943 | 59665 | |

### LA. LAND & EXPL. CO.

| | | |
|---|---|---|
| 155008 | 209243 | 225882 |
| 155616 | 224643 | |

### PERRY R. BASS

| | | |
|---|---|---|
| 52331 | 57330 | 60675 |
| 53709 | 57802 | 94360 |
| 56411 | 59837 | |

### RICHARDSON & BASS (LA ACCT) ETAL

| | | |
|---|---|---|
| 50767 | 60455 | 69198 |
| 56665 | 62614 | |

### SHELL OIL COMPANY

60974

### TEXACO, INC.

| | | |
|---|---|---|
| 30298 | 163970 | 166390 |
| 135224 | 166307 | |

### THE CALIFORNIA COMPANY

| | | |
|---|---|---|
| 35738 | 101728 | 109305 |
| 36257 | 108732 | |
| 42654 | 108865 | |

### THE SUPERIOR OIL COMPANY

43355

### THE TEXAS COMPANY

57408

### UNION EXPL. PARTNERS, LTD.

| | |
|---|---|
| 70938 | 72827 |

### VINTAGE PETROLEUM, INC.

| | |
|---|---|
| 45064 | 89815 |
| 45658 | 97366 |
| 46456 | 174253 |
| 49466 | 180598 |
| 50861 | 181291 |
| 65388 | 217915 |
| 68206 | |
| 69026 | |
| 71899 | |
| 76853 | |

F-2

*Little Lake and Little Temple*

## EXHIBIT G

### Aerial Photographs of Pits within the Operational Area

(Pits Outlined in RED)

**1971 Aerial**                    **[SEC 22-TSHP 18S-RNG 23E]**



*Little Lake and Little Temple*

## EXHIBIT G

### Aerial Photographs of Pits within the Operational Area

(Pits Outlined in RED)

**1978 Aerial**                    **[SEC 30-TSHP 17S-RNG 23E]**



*Little Lake and Little Temple*

## EXHIBIT G

### Aerial Photographs of Pits within the Operational Area

(Pits Outlined in RED)

**1978 Aerial**                    **[SEC 8-TSHP 18S-RNG 23E]**



G-3

*Little Lake and Little Temple*

## EXHIBIT G

### Aerial Photographs of Pits within the Operational Area
(Pits Outlined in RED)

## 1974 Aerial   [SEC 22-TSHP 18S-RNG 23E]



G-4

*Little Lake and Little Temple*

**EXHIBIT G**

**Aerial Photographs of Pits within the Operational Area**

(Pits Outlined in RED)

## 1974 Aerial   [SEC 13, 14-TSHP 18S-RNG 23E]

