UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFERSON PARISH** | CIVIL ACTION |
| VERSUS | NO. 18-5206 |
| **DESTIN OPERATING CO., INC., ET AL.** | SECTION "L" (2) |
| **PLAQUEMINES PARISH** | CIVIL ACTION |
| VERSUS | NO. 18-5215 |
| **EXXON OIL & GAS CORP., ET AL.** | SECTION "L" (1) |
| **JEFFERSON PARISH** | CIVIL ACTION |
| VERSUS | NO. 18-5242 |
| **EQUITABLE PETROLEUM, ET AL.** | SECTION "L" (2) |
| **PLAQUEMINES PARISH** | CIVIL ACTION |
| VERSUS | NO. 18-5227 |
| **GREAT SOUTHERN OIL & GAS CO., INC., ET AL.** | SECTION "L" (5) |
| **PLAQUEMINES PARISH** | CIVIL ACTION |
| VERSUS | NO. 18-5259 |
| **PALM ENERGY OFFSHORE, L.L.C., ET AL.** | SECTION "L" (2) |

## **ORDER**

The cases before the Court are five of several seeking to determine the oil and gas industry's responsibility—and consequently, their restoration obligations, if any—for the rapid loss and deterioration of Louisiana's coastal wetlands. All five cases have motions to remand pending. On May 28, 2019, the Honorable Martin L. C. Feldman granted a motion to remand filed in a related case, *Plaquemines Parish v. Riverwood Production Co.*, No. 18-5217, R. Doc. 79 (E.D. La.). Having granted Plaintiff's motion to remand, Judge Feldman granted Defendants' request to certify the issue for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). No. 18-5217, R. Doc. 79 at 63–64. Thus, the issue is now before the Fifth Circuit. Accordingly;

**IT IS ORDERED** that the above captioned cases be and hereby are **ADMINISTRATIVELY CLOSED** pending the appeal of *Plaquemines Parish v. Riverwood Production Co.*, No. 18-5217 (E.D. La.). Following appeal, the Court shall reopen the cases on the motion of either party.

New Orleans, Louisiana on this 11th day of June, 2019.

_____
Eldon E. Fallon
U.S. District Court Judge